AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 08mj1850-NLS-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ERNESTO LOPEZ-IBARRA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/18/2008 | /s/ Devin J. Burstein |
| Date | Signature |
| | Devin J. Burstein / Federal Defenders of SD — 255389 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City — State — Zip Code |
| | (619) 234-8467 — (619) 687-2666 |
| | Phone Number — Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1850-NLS-02 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ERNESTO LOPEZ-IBARRA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Assistant United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated: June 18, 2008                      /s/Devin J. Burstein
                                                             DEVIN J. BURSTEIN
                                                             Federal Defenders
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            E-mail:devin_burstein@fd.org