**DEVIN J. BURSTEIN**
California State Bar No. 255389
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
devin_burstein@fd.org

Attorneys for Mr. Lopez-Ibarra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1850-NLS-02 |
| Plaintiff, ) | |
| ) | **JOINT MOTION TO CHANGE** |
| v. ) | **HEARING DATE** |
| ) | |
| ERNESTO LOPEZ-IBARRA, ) | |
| Defendant. ) | |

Good cause appearing therefore, **IT IS HEREBY REQUESTED BY THE PARTIES**, Devin J. Burstein, and Federal Defenders of San Diego, Inc., counsel for Mr. Ernesto Lopez-Ibarra, along with Assistant United States Attorney Caleb Mason and Gerald T. McFadden Attorney for Mr. Armando Ibarra-Flores, that the hearing set for Thursday, June 26, 2008 at 1:30 p.m. be rescheduled to **Friday, June 20, 2008, at 1:30 p.m.**

Respectfully submitted,

DATED: June 18, 2008            */s/ Devin J. Burstein*
                                **DEVIN J. BURSTEIN**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Lopez-Ibarra

DATED: June 18, 2008            */s/ Caleb Mason*
                                **CALEB MASON**
                                Assistant United States Attorney

DATED: June 18, 2008            */s/ Gerald McFadden*
                                **GERALD MCFADDEN**
                                Attorneys for Mr. Armando Ibarra-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                                       )<br>                                                                )<br>v.                                                              )<br>                                                                )<br>ERNESTO LOPEZ-IBARRA,                   )<br>                                                                )<br>            Defendant.                                    )<br>_____) | Case No. 08mj1850-NLS-02<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Caled Mason, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

    Attorney Gerald McFadden
    2366 Front Street
    San Diego, CA 92101

Dated: June 18, 2008                                                                                         */s/Devin J. Burstein*
                                                                                                   DEVIN J. BURSTEIN
                                                                                                   Federal Defenders
                                                                                                   225 Broadway, Suite 900
                                                                                                   San Diego, CA 92101-5030
                                                                                                   (619) 234-8467  (tel)
                                                                                                   (619) 687-2666  (fax)
                                                                                                   E-mail:devin_burstein@fd.org